E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8724-GHK (SPx) | Date | May 15, 2013 |
|---|---|---|---|
| Title | *In re Complaint of Michael Kettelkamp and Carolyn Dorothy Kettelkamp, Registered Owners of the 2003, 21' Fineline Ski Centurion* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re:** Order to Show Cause

On August 16, 2012, we denied Plaintiffs' Motion for Determination of Good Faith Settlement, concluding that "there is no reason for the Parties' Settlement to be contingent upon obtaining a determination that the settlement was achieved in good faith" under federal admiralty law.  (Order at 3). Under the settlement agreement, Plaintiffs agree to pay the Claimants and Potential Claimants $100,000 in exchange for their release of all claims arising from the June 26, 2011 incident against Plaintiffs and their son, Gregory Kettelkamp.  (Mot. 2).  In light of this settlement, the Parties are **ORDERED TO SHOW CAUSE**, **within ten (10) days hereof**, why this action should not be dismissed.  A Party's failure to timely and adequately show cause will be deemed his or her concession that dismissal is appropriate.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Deputy Clerk | | Bea |